```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 14-23423-CIV-MORENO
                              MAGISTRATE P. A. WHITE

CALVIN A. EVANS,              :

      Plaintiff,              :

v.                            :        REPORT OF
                                       MAGISTRATE JUDGE
SGT. PATTIROY,
                              :

      Defendant.              :
_____
```

## I. Introduction

The pro-se plaintiff, Calvin Evans, filed a civil rights complaint pursuant to 42 U.S.C. §1983 on September 10, 2014, alleging use of unlawful force at Dade Correctional Institution. (DE#1). The plaintiff seeks one million dollars in compensatory and punitive damages, and is proceeding in forma pauperis.

This civil action is before the Court for an initial screening pursuant to 28 U.S.C. §1915.

## Discussion

This is the second complaint filed by this plaintiff against this defendant. The first complaint was filed in case number 12-22735-CV-Lenard. The defendant filed a motion to dismiss for lack of exhaustion of administrative remedies. (12-22735, DE# 16). The Undersigned issued a report and supplemental report recommending that the motion to dismiss be granted. (12-22735, DE# 19, 26). The plaintiff filed objections alleging that he had evidence to show

exhaustion but was unable to access it due to prison transfers, logistical difficulties, and the mishandling of his personal property. (12-22735, DE# 27). The District Judge dismissed the prior complaint without prejudice, stating that **"if and when Plaintiff obtains his evidence establishing exhaustion, he may refile this action."** (12-22735, DE# 33).

The plaintiff has now re-filed the action. The allegations in the new complaint are identical to those raised in his prior complaint. However, despite the admonition in the order of dismissal, the plaintiff has not presented any evidence of exhaustion. In the absence of such evidence the issue of exhaustion, and the issue of lack of exhaustion having already been determined in the prior proceeding, it is recommended that this complaint also be dismissed for lack of exhaustion.

## Conclusion

It is therefore recommended that the complaint be dismissed for lack of exhaustion.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 27th day of October, 2014.

                                        UNITED STATES MAGISTRATE JUDGE

cc:   Calvin A. Evans, Pro se
      R07500
      Suwannee Correctional Institution
      Inmate Mail/Parcels
      5964 US Highway 90
      Live Oak, FL 32060